**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| ANSELMO SALAZAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-13-RWS-JBB |
| | § | |
| WARDEN, FCI-TEXARKANA, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Petitioner Anselmo Salazar's petition for writ of habeas corpus under 28 U.S.C. § 2241. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On March 10, 2026, the Magistrate Judge issued a Report and Recommendation, recommending the above application for the writ of habeas corpus be dismissed with prejudice. Docket No. 12. A copy of the Report and Recommendation was sent to Petitioner at his last known address, return receipt requested, but no acknowledgement has been received. The Fifth Circuit has explained that where a letter is properly placed in the United States mail, a presumption exists that the letter reached its destination in the usual time and was actually received by the person to whom it was addressed. *Faciane v. Sun Life Assurance Company of Canada*, 931 F.3d 412, 420-21 and n.9 (5th Cir. 2019).

As of this date, no objections have been filed with respect to the March 10, 2026 Report and Recommendation. Because no objections to the Report and Recommendation have been filed, Petitioner is barred from *de novo* review by the District Court of the Magistrate Judge's findings, conclusions, and recommendations; and, except upon grounds of plain error, from appellate review

of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined the Report and Recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a Magistrate Judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). The Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 12) as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 12) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** the above-captioned petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any and all motions which may be pending in this action are hereby **DENIED-AS-MOOT**.

So ORDERED and SIGNED this 17th day of April, 2026.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE